IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(KANSAS CITY DOCKET)



| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. ___12-20139-01-KHV-JPO___ |
| | ) |
| ROBERT DOBBERTIN, | ) **UNDER SEAL** |
| | ) |
| Defendant. | ) Ct 1:  18 U.S.C. § 2422(b) |
| | ) Ct 2:  18 U.S.C. § 2252(a)(4)(B) |
| | ) |
| | ) Forfeiture Allegation:  18 U.S.C. § 2253 |

## SEALED INDICTMENT

The Grand Jury charges:

## Count 1

From on or about October 1, 2008, to on or about March 31, 2009, in the

District of Kansas and elsewhere, the defendant,

## ROBERT DOBBERTIN,

used a facility of interstate and foreign commerce, namely a computer and the

internet, to knowingly persuade, induce, entice and coerce S.W., an individual

who had not attained the age of 18 years, to engage in a sexual activity for which

any person could be charged with an offense, namely aggravated indecent

1

solicitation of a child and aggravated indecent liberties with a child, in violation of the laws of the State of Kansas.

This was in violation of Title 18, United States Code, Section 2422(b).

## Count 2

On or about May 7, 2009, in the District of Kansas, the defendant,

## ROBERT DOBBERTIN,

knowingly possessed and accessed with the intent to view at least one (1) matter which contained a visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, including by computer, the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, and such visual depiction is of such conduct.

This was in violation of Title 18, United States Code, Section 2252(a)(4)(B).

## Forfeiture Allegation

As a result of committing the offenses alleged in Counts 1 and 2 of this Indictment, the defendant ROBERT DOBBERTIN shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all

2

property used and intended to be used to commit and to promote the commission

of such offense, including, but not limited to the following:

a)      eMachine W3410, Serial No. CRX5730008657; and

b)      Seagate, MDL: ST3100011A 100GB Internal hard disk drive, Serial

No. 5LH03Y2G.

This was in violation of Title 18, United States Code, Sections 2253(a)(3),

2422(b), and 2252(a)(4)(B).

A TRUE BILL.

November 14, 2012               s/Foreperson
DATE                            FOREPERSON OF THE GRAND JURY

/s/Christine E. Kenney #13542 for
Barry R. Grissom
United States Attorney
District of Kansas

[It is requested that trial be held in Kansas City, Kansas]

ᴇᴄᴦ
DOCUMENT
I hereby attest and certify that this is a
printed copy of a document which was
electronically filed with the United States
District Court for the District of Kansas
Date filed:___ 11-14-12 _____
Clerk, U.S. District Court
By:___ m⌐mot _____ Deputy Clerk

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(KANSAS CITY DOCKET)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. _____ |
| | ) |
| ROBERT DOBBERTIN, | ) Ct 1:  18 U.S.C. §§ 2422(b) |
| | ) Ct 2:  18 U.S.C. §§ 2252(a)(4)(B) |
| Defendant. | ) |
| | ) Forfeiture Allegation:  18 U.S.C. § 2253 |

## PENALTIES

**Count 1:**    Not less than 10 years, and not more than life
Not more than $250,000 fine
Supervised Release of not less than 5 years
Special Assessment of $100
Forfeiture

**Count 2:**    Not more than 10 years, but if such person has a prior conviction
under chapter 110, chapter 71, chapter 109A, chapter 117, or under
section 920 of title 10 (article 120 of the Uniform Code of military
Justice), or under the laws of any State relating to aggravated sexual
abuse, sexual abuse, or abusive sexual conduct involving a minor or
ward, or the production, possession, receipt, mailing, sale,
distribution, shipment, or transportation of child pornography, such
person shall be fined under this title and imprisoned for not less than
10 years nor more than 20 years.

Not more than $250,000 fine
Supervised Release of not less than 5 years
Special Assessment of $100
Forfeiture

**CHRISTINE E. KENNEY, AUSA**

1