IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 12-20139-CM |
| | ) | |
| ROBERT DOBBERTIN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **DECLARATION OF PUBLICATION**

Under 21 U.S.C. § 853(n)(1), and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case, notice of the forfeiture was posted on an official government internet site www.forfeiture.gov for at least 30 consecutive days, beginning on October 26, 2013 and ending on November 24, 2013 as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 22, 2014.

                                                BARRY R. GRISSOM
                                                United States Attorney

                                                /s/ Annette B. Gurney
                                                Annette B. Gurney
                                                Assistant United States Attorney
                                                1200 Epic Center, 301 N. Main
                                                Wichita, Kansas 67202
                                                (316) 269-6481
                                                KS. S. Ct. #11602

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 22, 2014, I electronically filed the foregoing with the clerk of court using the CM/ECF system which will send a notice of electronic filing to counsel of record.

                                                /s/ Annette B. Gurney
                                          ANNETTE B. GURNEY
                                          Assistant United States Attorney