

| | **Summary Reentry Plan - Progress Report** | SEQUENCE: 00160785 |
|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | Report Date: 02-23-2020 |
| | Plan is for inmate: DOBBERTIN, ROBERT   22802-031 | |



| Facility: | MIL  MILAN FCI | Custody Level: | IN |
|---|---|---|---|
| Name: | DOBBERTIN, ROBERT | Security Level: | LOW |
| Register No.: | **22802-031** | Proj. Rel Date: | 08-07-2021 |
| Quarters: | A04-116L | Release Method: | GCT REL |
| Age: | 47 | DNA Status: | FOR06148 / 08-22-2013 |
| Date of Birth: | 1972 | | |

## Contact Information
**Release contact & address**
Kathy  Leisner, FRIEND
rand Marsh , WI    US
phone (mobile) :

## Offenses and Sentences Imposed

| Charge | Terms In Effect |
|---|---|
| 18:2422(B) - USE OF A COMPUTER AND THE INTERNET TO PERSUADE, INDUCE, ENTICE AND COERCE AN INDIVIDUAL WHO HAD NOT ATTAINED THE AGE OF 18 YEARS TO ENGAGE IN SEXUAL ACTIVITY, CT1 | 120 MONTHS |

Date Sentence Computation Began:   07-22-2013
Sentencing District:   KANSAS

| Days FSGT / WSGT / DGCT | Days GCT or EGT / SGT | Time Served | + Jail Credit   - InOp Time |
|---|---|---|---|
| 0 /       0 /       0 | 378 | Years: 7  Months: 0  Days: 25 | + 173     JC   - 0     InOp |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

## Program Plans
He was designated to FCI Milan on 12-14-2015.

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MIL | GED TUTOR | EDC-GED TUTOR M-F 7:30A-4:00PM | 08-27-2017 |

## Work Assignment Summary
He is currently working in the Education department.

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MIL | ESL HAS | ENGLISH PROFICIENT | 09-24-2013 |
| MIL | GED HAS | COMPLETED GED OR HS DIPLOMA | 09-24-2013 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| MIL | | URBAN MINISTRY INSTITUTE | 11-24-2016 | CURRENT |
| MIL | | LCP MON-FRI 12-4 PM (A) | 01-15-2019 | CURRENT |
| MIL | | MONDAY NIGHT LCP (A) | 01-14-2019 | CURRENT |
| MIL | | THURSDAY NIGHT LCP (A) | 01-14-2019 | CURRENT |
| MIL LCP | W | RPP6 SUICIDE CADRE | 12-21-2017 | 06-26-2019 |
| MIL | C | RPP6 CREATIVE ARTS PROGRAM | 11-24-2016 | 01-10-2017 |
| MIL | C | RPP2 BEGINNER SPANISH | 10-24-2016 | 12-19-2016 |

Archived as of 02-24-2020           Summary Reentry Plan - Progress Report

DEFENDANT'S EXHIBIT 1



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: DOBBERTIN, ROBERT   22802-031

SEQUENCE: 00160785
Report Date: 02-23-2020

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| MIL | C | RPP3 PER FINANCIAL MANAGEMENT | 10-24-2016 | 12-19-2016 |
| MIL | C | RPP 2 AUDIO ENGINEERING CLASS | 08-03-2016 | 10-19-2016 |
| MIL | C | RPP6 REENTRY SIMULATION | 06-21-2016 | 06-21-2016 |
| MIL | C | RPP1 WALKING & JOGGING | 08-09-2016 | 09-09-2016 |
| MIL | C | RPP2 CRC COMPUTER TRAINING | 03-23-2016 | 03-23-2016 |
| MIL | W | RPP3 CONSUMER CREDIT | 04-11-2016 | 04-25-2016 |
| FOR | C | AOE OFFICE TECHNOLOGY | 01-12-2015 | 08-04-2015 |
| FOR | C | RPP 6;RELIGIOUS PGM PERS GRWTH | 09-26-2015 | 09-26-2015 |
| FOR | C | RPP 6;RELIGIOUS PGM PERS GRWTH | 09-26-2015 | 09-26-2015 |
| FOR | C | AOE WORD PROC 5-8P T&R | 05-26-2015 | 06-26-2015 |
| FOR | C | AOE ENG COMP 5-8P M&W | 05-26-2015 | 06-26-2015 |
| FOR | C | COLLEGE BUSINESS MATH 5-8P M | 05-26-2015 | 06-26-2015 |
| FOR | C | PSYCHOLOGY:COGNITIVE SKILLS | 04-20-2015 | 06-29-2015 |
| FOR | C | AOE COMPUTER FUND 5-8P W | 01-12-2015 | 05-04-2015 |
| FOR | C | COMP KEYBOARDING II 5-8P R | 03-09-2015 | 05-04-2015 |
| FOR | C | AOE ACCOUNTING 12-3P M | 01-12-2015 | 05-04-2015 |
| FOR | C | RPP 6;RELIGIOUS PGM PERS GRWTH | 03-17-2015 | 04-14-2015 |
| FOR | C | RPP 6;RELIGIOUS PGM PERS GRWTH | 02-03-2015 | 03-10-2015 |
| FOR | C | AOE ORAL COMM 5-8P T&R | 08-15-2014 | 12-10-2014 |
| FOR | C | AOE COMPUTER KEY 5-8P T | 01-12-2015 | 03-06-2015 |
| FOR | C | RPP 6;RELIGIOUS PGM PERS GRWTH | 10-03-2013 | 01-27-2015 |
| FOR | C | HOME DESIGN 6-8P M | 10-01-2014 | 12-19-2014 |
| FOR | C | RPP 6;RELIGIOUS PGM PERS GRWTH | 09-23-2014 | 11-04-2014 |
| FOR | C | RPP 6;RELIGIOUS PGM PERS GRWTH | 07-22-2014 | 07-22-2014 |
| FOR | C | TECHNICAL ANALYSIS 6-8P M | 06-09-2014 | 08-15-2014 |
| FOR | C | RPP 6;RELIGIOUS PGM PERS GRWTH | 03-18-2014 | 04-18-2014 |
| FOR | C | RPP 6;RELIGIOUS PGM PERS GRWTH | 03-30-2014 | 04-30-2014 |
| FOR | C | TRIGONOMETRY 6-8P T | 02-20-2014 | 05-02-2014 |
| FOR | C | TECHNICAL ANALYSIS 6-8P M | 02-20-2014 | 05-02-2014 |
| FOR | C | ACCOUNTING 12-2P T | 01-28-2014 | 04-08-2014 |
| FOR | C | RPP #2;RESUME WRITING 9-10A R | 01-07-2014 | 01-28-2014 |
| FOR | C | RELIGIOUS PROGRAMMING RPP #6 | 09-03-2013 | 11-05-2013 |
| FOR | C | HOME IMPROVEMENT 6-8P R | 10-07-2013 | 12-13-2013 |
| FOR | C | RELIGIOUS PROGRAMMING RPP #6 | 08-30-2013 | 11-29-2013 |
| FOR | C | RELIGIOUS PROGRAMMING RPP #6 | 11-12-2013 | 12-10-2013 |
| FOR | C | RPP STRESS MGT 9-10:30A T | 10-21-2013 | 11-18-2013 |
| FOR | C | RLG SRV LIFE SKILLS RPP CORE 6 | 09-16-2013 | 09-20-2013 |

**Education Information Summary**

He is currently enrolled and participating in the Life Connections Program and has completed a variety of other programs while at FCI Milan.

**Discipline Reports**

| Hearing Date | Prohibited Acts |
|---|---|

*\*\* NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS \*\**

**Discipline Summary**

He has maintained clear conduct since being incarcerated.

**ARS Assignments**

| Facl | Assignment | Reason | Start | Stop |
|---|---|---|---|---|
| MIL LCP | A-DES | TRANSFER RECEIVED | 12-14-2015 | CURRENT |
| FOR | A-DES | OTHER AUTH ABSENCE RETURN | 07-30-2015 | 12-01-2015 |



# Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: DOBBERTIN, ROBERT   22802-031

**SEQUENCE: 00160785**
**Report Date: 02-23-2020**

| Facl | Assignment | Reason | Start | Stop |
|---|---|---|---|---|
| FOR | A-DES | US DISTRICT COURT COMMITMENT | 08-22-2013 | 07-27-2015 |

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 05-27-2014 |
| CARE2 | STABLE, CHRONIC CARE | 09-09-2013 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| LOWER BUNK | LOWER BUNK REQUIRED | 09-24-2018 |
| NO PAPER | NO PAPER MEDICAL RECORD | 08-22-2013 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 06-30-2016 |
| YES F/S | CLEARED FOR FOOD SERVICE | 12-15-2015 |

### Current PTP Assignments

| Assignment | Description | Start |
|---|---|---|

*NO ASSIGNMENTS*

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP NO INT | DRUG ABUSE PROGRAM NO INTEREST | 07-13-2018 |
| ED COMP | DRUG EDUCATION COMPLETE | 01-22-2014 |

### Physical and Mental Health Summary

He is regular duty with no medical restrictions.

### FRP Details

Most Recent Payment Plan

**FRP Assignment:** **COMPLT**   **FINANC RESP-COMPLETED**   **Start: 09-24-2014**
Inmate Decision: **AGREED**   **$25.00**   Frequency: **QUARTERLY**
Payments past 6 months:   **$0.00**   Obligation Balance: **$0.00**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

*** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ***

### Financial Responsibility Summary

He has no financial obligations.

### Release Planning

He was approved for a relocation of his supervision from the District of Kansas to the Western District of Wisconsin.

### General Comments

N/A



**Summary Reentry Plan - Progress Report**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: DOBBERTIN, ROBERT   22802-031

SEQUENCE: 00160785
Report Date: 02-23-2020

Name: DOBBERTIN, ROBERT
Register Num: 22802-031
Age: 47
Date of Birth: ▮▮▮▮ 1972
DNA Status: FOR06148 / 08-22-2013

_____
Inmate   (DOBBERTIN, ROBERT, Register Num: 22802-031)

2/23/20
Date

_____
Chairperson
2-23-20
Date

_____
Case Manager
2-23-20
Date