| **Begin Date:** | 06/04/2019 | **End Date:** | 06/04/2020 |
|---|---|---|---|
| **Reg #:** | 22802-031 | **Inmate Name:** | DOBBERTIN, ROBERT |

| <u>Date</u> | <u>Time</u> | <u>Value(%)</u> | <u>Air</u> | <u>Provider</u> |
|---|---|---|---|---|
| 05/01/2020 | 15:12 MIL | 97 | Room Air | Scherle, Gregory A. MD/CD |

**Orig Entered:** 05/01/2020 15:16 EST   Scherle, Gregory A. MD/CD

| 08/29/2019 | 09:14 MIL | 96 | | Weaver, Sarah NP |
|---|---|---|---|---|

**Orig Entered:** 08/29/2019 09:16 EST   Weaver, Sarah NP

| 06/20/2019 | 09:41 MIL | 95 | | Weaver, Sarah NP |
|---|---|---|---|---|

**Orig Entered:** 06/20/2019 09:46 EST   Weaver, Sarah NP

**Height:**

| <u>Date</u> | <u>Time</u> | <u>Inches</u> | <u>Cm</u> | <u>Provider</u> |
|---|---|---|---|---|
| 05/01/2020 | 15:12 MIL | 76.0 | 193.0 | Scherle, Gregory A. MD/CD |

**Orig Entered:** 05/01/2020 15:16 EST   Scherle, Gregory A. MD/CD

**Weight:**

| <u>Date</u> | <u>Time</u> | <u>Lbs</u> | <u>Kg</u> | <u>Waist Circum.</u> | <u>Provider</u> |
|---|---|---|---|---|---|
| 05/01/2020 | 15:12 MIL | 300.0 | 136.1 | | Scherle, Gregory A. MD/CD |

**Orig Entered:** 05/01/2020 15:16 EST   Scherle, Gregory A. MD/CD

DEFENDANT'S
EXHIBIT
2