

# Kansas Federal Public Defender
www.ks.fd.org

Federal Public Defender Melody Brannon
First Assistant Federal Public Defender Kirk Redmond
Administrative Officer Erin Thompson

Topeka Division Attorneys
Rich Federico
Carl Folsom
Lydia Krebs
Paige A. Nichols
Ann Sagan
Kathryn D. Stevenson

June 3, 2020

Mr. Jonathan Hemingway, Warden
FCI Milan
Federal Correctional Institution
P.O. Box 9999
Milan, MI 48160
*Delivered via email to [MIL/ExecAssistant@bop.gov](mailto:MIL/ExecAssistant@bop.gov) & [jhemingway@bop.gov](mailto:jhemingway@bop.gov)
& U.S. Mail*

    Re:    **Robert E. Dobbertin, BOP Reg. No. 22802-031**
              Compassionate Release / CARES Act Home Confinement Request

Dear Warden:

This letter serves as official notice that Robert E. Dobbertin (#22802-031) is respectfully requesting compassionate release from the Bureau of Prisons (BOP) in accordance with the provisions set out in Section 603(b) of the First Step Act (FSA).[1] As explained in more detail below, Mr. Dobbertin presents "extraordinary and compelling"[2] reasons for a reduction in sentence to time served.

In particular, Mr. Dobbertin is 48 years-old, suffers from serious physical and medical conditions,[3] which have the potential to soon progress to be a debilitated

---

[1] We ask this request be considered in addition to any previous requests made by Mr. Dobbertin or any reviews conducted by you or your staff independent of any requests. We incorporate and reaffirm any past requests made by Mr. Dobbertin.

[2] 18 U.S.C. § 3582(c)(1)(A); USSG § 1B1.13(1)(A).

[3] Section 1B1.13, app. note 1(A)(ii)(I).

---

Kansas City Division
500 State Ave, Room 201
Kansas City, Kansas 66101
Tel 913.551.6712
Fax 913.551.6562

Topeka Division
117 SW 6th Ave, Ste 200
Topeka, Kansas 66603
Tel 785.232.9828
Fax 785.232.9886

Wichita Division
301 N Main, Ste 850
Wichita, Kansas
Tel 316.269.
Fax 316.269.

DEFENDANT'S EXHIBIT 3

medical condition[4] due to the COVID-19 pandemic. We hope that by the time you read this that Mr. Dobbertin is not suffering from terminal illness due to COVID-19.

In the alternative, Mr. Dobbertin requests a transfer to home confinement, pursuant to §12003(b)(2) of the CARES Act, and the Attorney General's April 3, 2020, Memorandum finding the COVID-19 emergency conditions are materially affecting the functioning of the Bureau of Prisons. Mr. Dobbertin is particularly vulnerable to COVID-19 infection and has served over 88 months of his 120 month sentence (73% of his sentence, not including any good time credit; 86% of his sentence, including good time credit reduction), with a projected release date of August 7, 2021.

**MEDICAL INFORMATION & BACKGROUND**

Mr. Dobbertin is 48 years old. He holds two Bachelor's Degrees, one from the Northwestern Missouri State University and from the University of Nebraska-Kearney.

Medically, Mr. Dobbertin is obese, and suffers from Type 2 diabetes, hypertension (high blood pressure), and high cholesterol, as documented in his Presentence Investigation Report. He takes a number of prescriptions for these conditions, which the pharmacy at your facility dispenses to him. Mr. Dobbertin's physical health and underlying health issues place him not only at high risk of serious illness from COVID-19,[5] but also at a significantly higher mortality rate than the general population should he contract COVID-19. For example, recent data shows that the mortality rate from COVID-19 is 9.2% for persons with diabetes and 8.4% for persons with hypertension.[6]

The COVID-19 outbreak at FCI Milan has been tragic for all involved, inmates and staff. Given the precarious nature of his underlying health conditions, Mr. Dobbertin respectfully requests that you take immediate action to process his request for compassionate release or home confinement.

**COMPASSIONATE RELEASE**

---

[4] BOP Prog. Stat. 5050.50 ¶ 3(b).

[5] People Who Are at Higher Risk for Severe Illness, CDC (Apr. 15, 2020), *available at* https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-at-higher-risk.html.

[6] *See Martinez-Brooks v. Easter et. al*, No. 20-cv-00569-MPS, Doc. 30 at 6 (D. Conn. May 12, 2020) (citing Report of WHO-China Joint Mission on Coronavirus Disease 2019 (COVID-19), World Health Organization (Feb. 28, 2020), at 12, *available at*, https://www.who.int/docs/default-source/coronaviruse/who-china-joint-mission-on-covid-19-final-report.pdf)).

As modified by the FSA, 18 U.S.C. § 3582(c)(1)(A) provides:

> The court, upon motion of the Director of the Bureau of Prisons, or upon motion of the defendant…may reduce the term of imprisonment (and may impose a term of probation or supervised release with or without conditions that does not exceed the unserved portion of the original term of imprisonment), after considering the factors set forth in section 3553(a) to the extent that they are applicable, if it finds that…extraordinary and compelling reasons warrant such a reduction...and that such a reduction is consistent with applicable policy statements issued by the Sentencing Commission.

BOP Program Statement 5050.50 requires that a request for a motion under 18 U.S.C. 3582(c)(1)(A) shall, at a minimum, contain: (1) the extraordinary and compelling circumstances that the inmate believes warrant consideration; and (2) proposed release plans including where the inmate will reside, how the inmate will support himself, where the inmate will receive medical treatment and how he will pay for such treatment.

Mr. Dobbertin is a perfect candidate for compassionate release. As mentioned earlier, he is nearing the end of his lengthy sentence. He has multiple health issues that place him at higher risk from COVID-19 and pose a threat to his life. These are extraordinary and compelling reasons for a sentence reduction.

**RELEASE PLAN**

Once released, Mr. Dobbertin will live with Kathy Leisner and Myron Kruger, a married couple who are long-time family friends of Mr. Dobbertin. (Mr. Dobbertin was friends and graduated from high school with Kathy and Myron's daughters.) Kathy and Myron live on 15 acres of land, which they have owned since the 1970s. They moved permanently to the three-bedroom residence on this property about 15 years ago. The address is ███████████ Grand Marsh, WI ████ The second bedroom is already prepared for Mr. Dobbertin.

Additionally, Kathy and Myron own a one-bedroom camper equipped with a kitchen and full bath, in which Mr. Dobbertin can quarantine upon release. (Below is a picture of the camper and a view of their residence from where the camper remains parked on their property.)

 

Kathy is a retired RN. Myron is employed as a semi-truck driver. Nobody else lives at the residence. Neither has a criminal record or pending cases against him or her, and neither is on probation or parole. They do own firearms, but they are secured in a locked safe. They do have internet and own a smart TV, but do not own a computer or laptop and do not have cable.

In late 2019, United States Probation Officer Brad Schalow visited their residence as a potential release plan for Mr. Dobbertin. Undersigned counsel spoke with Officer Schalow by phone on May 29, 2020, and he confirmed that the residence itself "checked out" when he visited it last year.

Kathy and Myron own vehicles and are ready and able to provide Mr. Dobbertin with transportation from the facility. Upon release, Mr. Dobbertin can apply and should be eligible for Medicaid. Kathy and Myron are also willing and able to help provide Mr. Dobbertin with financial assistance until he is self-sufficient. Kathy and Myron receive medical care at Reedsburg Medical Center in Reedsburg, WI, which is approximately 30 miles from their residence. Mr. Dobbertin can receive care there, at Dells Clinic in Wisconsin Dells, WI, which is approximately 12 miles away. Kathy reports that there is also a Free Medical Clinic located in Portage, WI, which is 30 miles away, and that she and Myron will assist Mr. Dobbertin with medical resources. Kathy Leisner can be reached at ██████████.

## CONCLUSION

Thank you for your time and prompt attention to this important request. Please let me know if you need any additional information. I can be reached by phone at (785) 438-0001 and via email at katie_stevenson@fd.org.

/s/ Kathryn D. Stevenson
Kathryn D. Stevenson
Assistant Federal Public Defender
District of Kansas

    Cc:       Robert Dobbertin
             Jared Maag, Assistant United States Attorney (District of Kansas)
             J.D. Crook, Supervisory Attorney, DOJ Federal Bureau of Prisons