# Certificate of Accomplishment

This certificate is presented to

*Robert Dobbertin*

for successfully completing the

*Life Connections Program*

*at the Federal Correctional Institution*

*Milan, Michigan*



Milan, Michigan

Jonathan Cooper
LCP Chaplain

Jonathan Hemingway
Warden

June 2, 2020



DEFENDANT'S EXHIBIT 1



**U.S. Department of Justice**
Federal Bureau of Prisons

---

Federal Correctional Institution
4000 East Arkona Road
Milan, Michigan 48160

June 2, 2020

TO ALL WHOM THESE LETTERS MAY COME

FROM:  J. Cooper, Chaplain, Life Connections Program

SUBJECT:  Life Connections Program Certificate of Accomplishment

The bearer of this certificate has completed the 18 month Bureau of Prisons Faith Based Reentry Program. The goal of the Life Connections Program is to enable personal transformation through personal study, group learning, and mentoring relationships. The core curriculum includes studies on spirituality, religious tolerance, obligation to right the wrong, managing emotions, managing conflict, following a moral compass, family connections, and transitional issues. Additionally, classes in public speaking and small business are offered, and numerous seminars with guest speakers are required. While in the program, each participant is required to give four individual presentations and one group presentation. Finally, all participants complete 150 hours of addictions program studies, which includes the TruThought Curriculum, as well as 500 hours of community service. Any questions may be directed to Chaplain Cooper at 734-439-4728.