# Titus Baptist Seminary



LaGrange     Georgia

Upon the Recommendation of the Faculty and by the Power and Authority
Vested in the Board of Directors of this Institution hereby confers upon

## Robert Dobbertin

the Degree of

## Associate of Theology

and Affirms that said Graduate has fulfilled the Requirements Inherent to this Degree and is therefore
Entitled to all the Rights, Privileges, Honors and Distinctions Appertaining thereunto, being ever
Mindful of Obligations to God, the Bible, the Church, and Mankind.

In Testimony Whereof, the Undersigned have affixed Our Names
On this Twentieth Day of November in the year of Our Lord Two Thousand Sixteen.

_____ Th.D           _____ Th.D.
**Chairman of the Board**                                      **President**

DEFENDANT'S EXHIBIT 2

# NationsUniversity®

3801 N. 7th St.
West Monroe, LA 71291-2229, U.S.A.

## Student Transcript
Issued by the Registrar
registrar@nationsu.edu

---

Robert Dobbertin #22802-031
FCI Milan
Milan, MICHIGAN 48160
Date of Birth: ▮1972

NU Identification: us105659
Degree Pursued: Master of Theological Studies
Registration Date:
Award(s):

Entry Credentials:

---

Student performance is indicated below. A course ID beginning with the letter "M" is graduate level; all others are undergraduate. Credit is awarded only when exam scores are 70 percent and above. The grading scale is as follows: A represents 90-100 percent on exams; B represents 80-89 percent; and C represents 70-79 percent. Credits are in semester hours.

## Graduate Courses

| Date Completed | Course Name | Exam 1 | Exam 2 | Exam 3 | Exam 4 | Exam 5 | Grade | Credits |
|---|---|---|---|---|---|---|---|---|
| March 22, 2016 | MRS 622 A Search for Spirituality | 86.00 | 86.00 | 73.00 | 98.00 | 95.00 | B | 3.0 |
| November 29, 2016 | M 1 A Critical Introduction to the Old Testament | 83.00 | 80.00 | 86.00 | 100.00 | 80.00 | B | 3.0 |
| May 09, 2017 | M 2 A Critical Introduction to the New Testament | 90.00 | 88.00 | 74.00 | 92.00 | | B | 3.0 |
| December 12, 2017 | M 3 Biblical Theology | 85.00 | 82.00 | 92.00 | 93.00 | 90.00 | B | 3.0 |
| March 22, 2019 | M 4 Biblical Hermeneutics | 80.00 | 86.00 | 78.00 | 97.00 | 93.00 | B | 3.0 |
| December 20, 2019 | M 11 Critical Analysis in Biblical Studies | 94.00 | 95.00 | 95.00 | 95.00 | 95.00 | A | 3.0 |

| | | |
|---|---|---|
| Earned Undergraduate Courses Credits: | 0.0 | Undergraduate Courses Grade Point Average: |
| Transfer Undergraduate Courses Credits: | 0.0 | |
| Total Undergraduate Courses Credits: | 0.0 | |
| Earned Graduate Courses Credits: | 18.0 | Graduate Courses Grade Point Average: 3.17 |
| Transfer Graduate Courses Credits: | 0.0 | |
| Total Graduate Courses Credits: | 18.0 | |

- - End of Transcript - -