Prob 12B (7/93)  
(D/KS 10/20)

PACTS# 30025

# United States District Court
## for the
## District of Kansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender

Name of Offender: **Robert Dobbertin**           Case Number: **1083 2:12CR20139-001**

Sentencing Judicial Officer:  Honorable Carlos Murguia, U.S. District Judge  
Reassigned Judicial Officer:  Honorable Daniel D. Crabtree, U.S. District Judge

Date of Original Sentence:  07/22/2013

Original Offense:   Use of a Computer and the Internet to Persuade, Induce, Entice and Coerce an Individual Who had not Attained the age of 18 Years to Engage in Sexual Activity, a Class A Felony

Original Sentence:  120 Months Prison, 60 Months Supervised Release

Type of Supervision:  TSR            Date Supervision Commenced:  08/06/2021

## PETITIONING THE COURT

☐ To extend the term of supervision for years, for a total term of years.  
☒ To modify the conditions of supervision as follows:

**You are permitted access to a computer and Internet services for legitimate and necessary purposes. You shall cooperate with and abide by the policies of the United States Probation Office's Computer and Internet Monitoring Program. This includes restrictions related to: computer and Internet usage, possession and use of electronic, cellular, gaming, and Internet appliance devices; possession and use of computer hardware and software, encryption hardware or software, and accessing certain types of web sites to include: social networking, chat rooms, and those depicting sexually explicit conduct or pornographic material.  You will also be subject to computer monitoring and will provide the United States Probation Office with a complete inventory of all electronic and Internet capable devices, user account information as well as password(s). To ensure compliance with the computer monitoring condition, you must allow the probation officer to conduct initial and periodic unannounced searches of any computers subject to computer monitoring. These searches shall be conducted to determine whether the computer contains any prohibited data prior to installation of the monitoring software, whether the monitoring software is functioning effectively after its installation, and whether there have been attempts to circumvent the monitoring software after its installation. You shall pay the cost of Internet monitoring.**

Prob 12B -2-
Name of Offender: Robert Dobbertin                                    Case Number: 1083 2:12CR20139-001

## CAUSE

On July 29, 2013, the U.S. Probation Office adopted a new cybercrime policy which was approved by the Court. Due to changes in technology since the time the defendant was originally sentenced, it is recommended the previously listed condition be adopted to allow the U.S. Probation Office to reduce potential risks to the community by keeping pace with technological advances. The U.S. Probation Office recommends the removal of special conditions numbered 5 & 7-17, in the defendant's conditions of supervised release, ordered on July 22, 2013, and the addition of the previously listed special condition in their place.

The offender was presented a Form 49 Waiver of Hearing to Modify Conditions of Supervision. After being advised of the right to counsel and a hearing on the matter, the offender elected to sign the waiver document. The waiver is on file with the probation office and is available for review upon request.

Respectfully submitted,

by     *Jennifer Goss* (signature)

Jennifer Goss
U.S. Probation Officer
Date: 08/12/2021

Approved:

*Melissa L Goldsmith* (signature)

Melissa L. Goldsmith, SUSPO

*Please indicate the Court response below and return to the U.S. Probation Officer*

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other:

s/ Daniel D. Crabtree
Signature of Judicial Officer

08/13/2021
Date